

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Ex parte William Virgil Hartley

Appellate case number:      01-18-01124-CR & 01-18-01125-CR

Trial court case number:      2195110 & 2150372

Trial court:      County Criminal Court at Law No. 6

On December 13, 2018, the State filed a notice of appeal from the trial court's orders, signed on November 30, 2018, dismissing the information in cause number 2150372 and granting habeas relief in cause number 2195110. *See* TEX. R. APP. P. 26.2(b); TEX. CODE CRIM. PROC. 44.01. On December 27, 2018, the clerk's record was filed in this Court and the court reporter filed an info sheet stating that no reporter's record of the writ hearing was taken. The State is challenging the trial court's ruling that Section 42.07(a)(7) of the Texas Penal Code is unconstitutional. After a review of the records, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, the State's brief is **ORDERED** to be filed no later than **20 days** from the date of this order. *See* TEX. R. APP. P. 2, 31.1. The appellee's brief, if any, is **ORDERED** to be filed no later than **20 days** from the filing of the State's brief.

It is so **ORDERED**.

Judge's signature: __/s/_Sherry Radack_____
                 ☒ Acting individually     ☐ Acting for the Court
Date: __January 23, 2019_____